Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>         v.<br>CHRISTOPHER SINFIELD,<br><br>                  Defendant. | No.  CR20-221-JLR<br><br>ORDER CONTINUING TRIAL<br>AND PRETRIAL MOTIONS<br>DEADLINE |

THE COURT has considered the parties' Joint Motion to Continue Trial requesting a continuance of the trial date and pretrial motions deadline.  In light of the facts and circumstances described therein, which are hereby incorporated as findings of fact,

THE COURT FINDS that a failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided and to be provided, and the current Covid 19 restrictions, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

*ORDER CONTINUNUING TRIAL AND PRETRIAL MOTIONS DEADLINES – 1*

**Allen, Hansen, Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

1    THE COURT FURTHER FINDS that a failure to grant a continuance of the trial date
2 and pretrial motions deadline would deny defense counsel the reasonable time necessary for
3 effective preparation, taking into account the exercise of due diligence, within the meaning of
4 18 U.S.C. § 3161(h)(7)(B)(iv).

5    THE COURT FURTHER FINDS that the ends of justice will be served by ordering a
6 continuance in this case, that a continuance is necessary to ensure adequate time for case
7 preparation, and that these factors outweigh the best interests of the public and the Defendants
8 in a speedy trial.

9    Accordingly, IT IS ORDERED that the trial shall be continued to  September 20 , 2021
10 and that the period of time from the date of the filing of the joint motion until the new trial date
11 of   September 20  , 2021, is excluded time pursuant to the Speedy Trial Act, 18
12 U.S.C. § 3161(h)(7)(A).

13   Additionally, IT IS ORDERED that the pretrial motions deadline is reset to
14   August 12  , 2021.

16   _____
     JAMES L. ROBART
17   UNITED STATES DISTRICT JUDGE

19 Presented by:

20 s/ Todd Maybrown
   Todd Maybrown
21 Attorney for Christopher Sinfield

*ORDER CONTINUNUING TRIAL AND*
*PRETRIAL MOTIONS DEADLINES – 2*

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681