# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0221JLR |
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER SINFIELD, | |
| Defendant. | |

This matter comes before the court upon Defendant's Motion to Continue Trial and Related Dates (Mot. (Dkt. # 28)). The Motion is GRANTED, and trial is continued to February 7, 2022 at 1:00 p.m. Pretrial motions are due by January 3, 2022. It is further ORDERED that the resulting period of delay from the date of this order to the new trial date is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The court advises both parties that further continuances will not be granted. This case was filed December 14, 2020. The original April 12, 2021 trial date was set at

ORDER - 1

Defendant's arraignment on February 3, 2021. (*See* Dkt. # 11.) On February 11, 2021, the court granted the parties' joint motion to continue trial and reset the trial date on September 20, 2021. (*See* Dkt. # 16.)

In an April 20, 2021, motion to reopen Defendant's detention hearing, Defendant's attorney described his client as suffering significant intellectual disabilities and asked that Defendant be released to supervision by his mother. (*See* Dkt. # 18 at 4-6, 15.) The court denied that motion. (*See* Dkt. # 27.)

Defendant's attorney now states that there is reason to question Defendant's competency to proceed to trial and that his client needs to be evaluated by a forensic neuropsychologist and a psychologist. (*See* Mot.; *see also* Maybrown Decl. (Dkt. # 29) ¶¶ 9-13.) The court anticipates that the Government will also seek mental health examinations of Defendant. The parties now have six months to complete those examinations. The parties are advised that the court will not continue trial due to the unavailability of a party's preferred expert.

Dated this 2nd day of August, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2