The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> CHRISTOPHER SINFIELD, <br> Defendant. | NO. CR 20-221 JLR <br> CR 19-250 JLR <br><br> [PROPOSED] ORDER GRANTING COMPETENCY EVALUATION AND HEARING |

The Court has considered the motion of Defendant Christopher Sinfield, through his counsel for a competency examination and hearing pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b) and (c), and the Government's response.

IT IS HEREBY ORDERED that a competency examination be conducted for Defendant Christopher Sinfield. Any time resulting from any proceeding, including any examinations, to determine the Defendant's competency shall be excluded in computing the time within which trial must commence. 18 U.S.C. § 3161(h)(1)(A).

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 4241 and 4247(b), that the Defendant shall be committed to the custody of the Attorney General for a period not to exceed 30 days, and be examined during that time by a psychiatrist and/or psychologist

ORDER GRANTING COMPETENCY EVALUATION - 1
U.S. v. Sinfield, CR20-211 JLR, CR19-250 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

chosen by the Attorney General who shall conduct a competency examination to attempt to determine if the Defendant is able to understand the nature and consequences of the proceedings against him and if he is able to assist in his defense. The 30 days shall commence on the date the Defendant is designated for the competency examination and arrives at the facility where the competency examination is to be conducted.

IT IS FURTHER ORDERED that the examining psychiatrist and/or psychologist prepare a report of their examination, file that report with the Court, and provide copies to counsel for the Defendant and the United States.

DONE this 19th day of October, 2021.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING COMPETENCY EVALUATION - 2
U.S. v. Sinfield, CR20-211 JLR, CR19-250 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970