The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER SINFIELD,<br><br>Defendant. | NO. CR 20-221 JLR<br>CR 19-250 JLR<br><br>[~~PROPOSED~~] ORDER STRIKING<br>PRETRIAL MOTION DEADLINE AND<br>TRIAL DATE |

The Court has considered the joint motion of the parties to strike motion deadline and trial date and the competency examination of the Defendant by Dr. Cynthia Low submitted to the Court.

IT IS HEREBY ORDERED the pretrial motion deadline of January 3, 2022 and the trial date of February 7, 2022 are hereby STRICKEN.

DONE this 16th day of December, 2021.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER STRIKING DATES - 1
*U.S. v. Sinfield*, CR20-211 JLR, CR19-250 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970