Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SINFIELD,<br><br>Defendant. | NO. CR20-221-JLR |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SINFIELD,<br><br>Defendant. | NO. CR19-250-JLR<br><br>STIPULATION AND ORDER FOR PRODUCTION OF RECORDS OF DR. CYNTHIA LOW |

## I.   INTRODUCTION

On October 19, 2021, this Court entered an Order requesting a forensic evaluation of the defendant Christopher Sinfield pursuant to 18 U.S.C § 4241. That examination was completed by Dr. Cynthia Low, and this Court has received Dr. Low's report dated December 8, 2021. Accordingly, the Court has scheduled a competency hearing for February 8, 2022. Dr. Low is expected to testify as a witness at the upcoming hearing.

STIPULATION AND ORDER FOR
PRODUCTION OF RECORDS– 1
[U.S. v. Sinfield, Nos. CR20-221-JLR; CR19-250-JLR]

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

The defense wishes to review Dr. Low's records relating to the forensic evaluation of Mr. Sinfield – including but not limited to all documents, notes, memoranda, correspondence, messages, RCAI forms, BOP records, and digital information relating to the evaluation of Mr. Sinfield and Dr. Low's report – in advance of the upcoming competency hearing. Defense counsel has asked Dr. Low to produce all records relating to the evaluation of Mr. Sinfield. In response, Dr. Low stated that she will produce the requested records if ordered to do so by the Court. The Government does not object to this request.

## II.    STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that the Court should enter an Order directing Dr. Cynthia Low to produce all records relating to the forensic evaluation of Christopher Sinfield – including but not limited to all documents, notes, memoranda, correspondence, messages, RCAI forms, BOP records and digital information in Dr. Low's possession relating to the evaluation of Mr. Sinfield and Dr. Low's report of December 8, 2021 – to SAUSA Laura Harmon. Thereafter, SAUSA Harmon will produce a copy of Dr. Low's records to Mr. Sinfield's counsel.

## III.    ORDER

THIS MATTER came before the above-entitled Court on the stipulation of the parties for the production of all records relating to the forensic evaluation of Christopher Sinfield, and this Court having considered said matter, does hereby, ORDER that:

1. Dr. Cynthia Low shall produce all records relating to the forensic evaluation of Christopher Sinfield – including but not limited to all documents, notes, memoranda, correspondence, messages, RCAI forms, BOP records and digital information in Dr. Low's possession relating to the evaluation of Mr. Sinfield and Dr. Low's report dated December 8, 2021 – to SAUSA Laura Harmon.

STIPULATION AND ORDER FOR
PRODUCTION OF RECORDS– 2
[U.S. v. Sinfield, Nos. CR20-221-JLR; CR19-250-JLR]

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

2. Upon receipt of Dr. Low's records, SAUSA Harmon shall produce a copy of those same records to attorney Todd Maybrown.

DONE this 13th day of January, 2022.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

Stipulated and Agreed to by:

/s/ Todd Maybrown
TODD MAYBROWN
Attorney for Defendant Sinfield


/s/ Laura Harmon
LAURA HARMON
Special Assistant United States Attorney

STIPULATION AND ORDER FOR
PRODUCTION OF RECORDS– 3
[U.S. v. Sinfield, Nos. CR20-221-JLR; CR19-250-JLR]

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681