The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CHRISTOPHER SINFIELD,<br>                Defendant. | CASE NO. CR20-221 JLR<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE<br><br>~~(PROPOSED)~~ |

The Court, having reviewed the Motion to Dismiss the Indictment Without Prejudice, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice. The Defendant is released from U.S. Marshal custody.

Dated this 17th day of January, 2023.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Laura Harmon
LAURA HARMON
Special Assistant United States Attorney

Order Dismissing Indictment Without Prejudice
*United States v. Sinfield*, CR20-221 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970